O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GRAIR OGANISIAN,

Petitioner,

v.

TODD BLANCHE[1], *et al.*,

Respondents.

Case No. 5:26-cv-00968-CV-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 17).  No objections to the R&R were filed, and the deadline for filing such objections has passed.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered GRANTING the Petition.  The Court (1) adopts the ruling on the preliminary injunction (Dkt. 12) as

---

[1] The Petition named former Attorney General Pamela Bondi in her official capacity. Doc. # 1. Under Federal Rule of Civil Procedure 25(d), current Acting Attorney General Todd Blanche is substituted as the proper official-capacity. The Court therefore ORDERS the Clerk to update the docket accordingly. See Fed. R. Civ. P. 25(d).

the Court's final judgment, and (2) grants the requested prospective relief for the same reasons.  Specifically, Respondents may not re-detain Petitioner without: (a) providing him an individualized determination by an impartial adjudicator that his detention is justified based on danger or flight risk; and (b) first notifying him of the reasons for the revocation of his release, providing him with an opportunity to rebut those reasons, and providing him with a prompt interview as required by regulation, consistent with the applicable regulations.

IT IS FURTHER ORDERED that: (3) Respondents are prohibited from subjecting Petitioner to any additional terms of supervision, such as electronic monitoring, that were not previously terms of his Order of Supervision; and (4) Respondents are required to return Petitioner's property that was confiscated at the time of, and during, detention.  Respondents must file a status report **within 14 days of this Order** to confirm the return of Petitioner's items.

To the extent Petitioner seeks declaratory relief that his rights were violated, that request is denied without prejudice as moot.

It is so ordered.

DATED:       5/22/26

*Cynthia Valenzuela*
Hon. Cynthia Valenzuela
UNITED STATES DISTRICT JUDGE

2