JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GRAIR OGANISIAN,

        Petitioner,

    v.

TODD BLANCHE[1], *et al.*,

        Respondents.

Case No. 5:26-cv-00968-CV-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is GRANTED.

DATED:   5/22/26

*Cynthia Valenzuela*

Hon. Cynthia Valenzuela
UNITED STATES DISTRICT JUDGE

---

[1] The Petition named former Attorney General Pamela Bondi in her official capacity. Doc. # 1. Under Federal Rule of Civil Procedure 25(d), current Acting Attorney General Todd Blanche is substituted as the proper official-capacity. The Court therefore ORDERS the Clerk to update the docket accordingly. See Fed. R. Civ. P. 25(d).